**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Stephen Yang, | |
|        Plaintiff, | Case No: 1:25-cv-10241 |
| v. | Hon. Jorge L. Alonso |
| ShipBob, Inc., | |
|        Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the parties have resolved all claims between them in this matter, and whereas no party is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice.

Dated: October 22, 2025

Respectfully submitted,

**SANDERS LAW GROUP**

By:   */s/ Renee Aragona*
Renee Aragona, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: raragona@sanderslaw.group
File No.: 127218
*Attorneys for Plaintiff*